**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

MARCO JEREZ-LOPEZ,                )
                                  )
        Petitioner,               )
                                  )
v.                                )     Case No. CIV-26-41-SLP
                                  )
KRISTI NOEM, et al.,              )
                                  )
        Respondents.              )

## JUDGMENT

Pursuant to the Court's Order entered this same date, the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 is GRANTED IN PART. In accordance with the Order, Respondents shall provide Petitioner with a prompt bond hearing under 8 U.S.C. § 1226(a), or release Petitioner.

ENTERED this 23rd day of February, 2026.

_____
SCOTT L. PALK
UNITED STATES DISTRICT JUDGE