# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

MARCO JEREZ-LOPEZ,         )
                             )

    Petitioner,             )
                             )

v.                           )    Case No. CIV-26-41-SLP
                             )

KRISTI NOEM, et al.,        )
                             )

    Respondents.          )

## ORDER TO SHOW CAUSE

This matter is before the Court pursuant to the Court's Order entered on February 23, 2026 [Doc. No. 16]. Respondents were directed to certify compliance with the Order by filing a status report no later than March 9, 2026. To date, Respondents have not filed a status report.

Accordingly, the Court directs Respondents to SHOW CAUSE on or before March 12, 2026, why they have failed to comply with the Court's Order. Additionally, in the same filing, Respondents shall also provide a status report as to Petitioner. Respondents are admonished that failure to respond to the Court's show-cause order may result in the imposition of sanctions.

IT IS SO ORDERED this 10th day of March, 2026.

 

_____
SCOTT L. PALK
UNITED STATES DISTRICT JUDGE