## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| MARCO JEREZ-LOPEZ, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-41-SLP |
| | ) | |
| KRISTI NOEM, et al., | ) | |
| | ) | |
| Respondents. | ) | |

### **O R D E R**

This matter is before the Court pursuant to the Court's Show Cause Order entered on March 10, 2026 [Doc. No. 18].  Respondents were directed show cause why they failed to comply with the Court's Order [Doc. No. 16] to certify compliance with the Order and were further directed to provide a status report as to Petitioner.  Respondents timely filed a Response [Doc. No. 20] to the Show Cause Order that is thorough as to both the reasons for the failure to comply and as to Petitioner's current status.  The Court is satisfied that no further action is necessary in this matter.

IT IS SO ORDERED this 12th day of March, 2026.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE